```
                    FILED
              CLERK, U.S. DISTRICT COURT

                  May 4, 2016.

             CENTRAL DISTRICT OF CALIFORNIA
             BY:    VPC    DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PABLO DURAN, *an individual*;<br>MARIA DURAN, *an individual;*<br><br>            Plaintiff,<br><br>      v.<br><br>WORLD SAVINGS BANK, FSB dba FEDERAL SAVINGS BANK; WELLS FARGO BANK, NATIONAL ASSOCIATION; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO.; and DOES 1 through 20, inclusive;<br><br>            Defendants. | CASE NO.:  2:16-cv-01938-SJO-GJS<br><br>**JUDGMENT OF DISMISSAL**<br><br>[*Assigned to the Hon. S. James Otero*] |

On April 29, 2016, the Court entered an Order granting the Motion to Dismiss Complaint, filed by defendants WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") (erroneously sued as "World Savings Bank, FSB dba Federal Savings Bank"; "Wells Fargo Bank, National Association") and GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO. (Golden West"), dismissing the Complaint in its entirety.

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed, as to all causes of action, with prejudice;

2. Judgment is entered in favor of defendants WELLS FARGO BANK, N.A. and GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO.; and

3. Plaintiffs, Pablo Duran and Maria Duran will recover nothing in this action from defendants WELLS FARGO BANK, N.A. and GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO.

DATED: May 4, 2016.

*/s/ S. James Otero*
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL**

on the interested parties in said case as follows:

**Served Electronically
Via the Court's CM/ECF System:**

*Attorneys for Plaintiffs
Pablo Duran and Maria Duran*

Jack Ter-Saakyan, Eq.
Nicholas H. Van Parys, Esq.
JT LEGAL GROUP, APC
801 N. Brand Blvd., Suite 1130
Glendale, California 91203

Tel.: 818.276.2464
E-Fax: 818.446.2162

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on May 2, 2016

| Kimberly Wooten | */s/ Kimberly Wooten* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |